# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                  Chapter 13

                                  Bankruptcy No. 19-13380-ELF

ANDREW GARIS

1096 OLD SCHOOL ROAD

QUAKERTOWN, PA 18951-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANDREW GARIS

1096 OLD SCHOOL ROAD

QUAKERTOWN, PA 18951-

Counsel for debtor(s), by electronic notice only.

MICHAEL SETH SCHWARTZ
7600 WEST CHESTER PIKE
2ND FLOOR WEST
UPPER DARBY, PA 19082

Date: 8/23/2019

                                         /S/ William C. Miller
                                         _____
                                         William C. Miller, Esquire
                                         Chapter 13 Standing Trustee