**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Andrew Garis** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | | **19-13380 ELF** |

**ORDER**

**AND NOW,** this 4th day of December, 2019, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is **ALLOWED** $5,000.00 as compensation. The Trustee is authorized to pay the unpaid balance thereof, the sum of $3,360.00 from the estate to the extent provided by the confirmed Plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**