**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Andrew Garis** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **19-13380 ELF** |

# **O R D E R**

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 47 )**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 48** ) is **APPROVED**.

**Date:**  _____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**