# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       **Andrew Garis**                    :    **Chapter 13**
                                              :    **Bankruptcy No.**
                                              :    **19-13380 ELF**

## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached Motion to Modify Plan After Confirmation was this 21st day of July 2020, served by electronic notification and/or United States First Class Mail to the Office of the Trustee, and all other creditors using the addresses listed in the claims register.

.

    **/s/ Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor