# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 19-13380-ELF

ANDREW  GARIS

1096 OLD SCHOOL ROAD

QUAKERTOWN, PA 18951-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANDREW  GARIS

1096 OLD SCHOOL ROAD

QUAKERTOWN, PA 18951-

Counsel for debtor(s), by electronic notice only.

MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-

/S/ William C. Miller

Date: 9/28/2021

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee